IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-505-D

| | | |
|---|---|---|
| FBA OPERATING CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ETN CAPITAL, LLC, | ) | |
| d/b/a BEECH LANE, | ) | |
| Defendant. | ) | |

On December 8, 2023, defendant filed a motion to manually file an exhibit [D.E. 34].

The court GRANTS the motion to manually file an exhibit [D.E. 34].

SO ORDERED. This __1__ day of March, 2024.

JAMES C. DEVER III
United States District Judge