UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FBA OPERATING CO., ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ETN CAPITAL, LLC, d/b/a Beech Lane, ) <br> LLC, ) <br> ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:23-CV-505-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss plaintiff's second amended complaint [D.E. 61], DISMISSES as moot defendant's motion to stay proceedings [D.E. 63], and DISMISSES WITH PREJUDICE plaintiff's second amended complaint [D.E. 60]. The clerk shall close the case.

This Judgment filed and entered on January 17, 2025, and copies to:
Counsel of record for the parties     (via CM/ECF electronic notification)

January 17, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk